No. 78–292. UTE INDIAN TRIBE v. STATE TAX COMMISSION OF UTAH. C. A. 10th Cir. Certiorari denied.

No. 78–315. NEAVEILL v. ANDOLSEK, COMMISSIONER, UNITED STATES CIVIL SERVICE COMMISSION, ET AL. C. A. 7th Cir. Certiorari denied.

No. 78–362. WESTERN WATERPROOFING Co., INC. v. MARSHALL, SECRETARY OF LABOR, ET AL. C. A. 8th Cir. Certiorari denied.

No. 78–367. QUIGLEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–378. ST. ELIZABETH'S HOSPITAL OF BOSTON v. WEINER, CHAIRMAN, RATE SETTING COMMISSION, OFFICE OF HUMAN SERVICES OF MASSACHUSETTS, ET AL. C. A. 1st Cir. Certiorari denied.

No. 78–409. VALLANCE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–424. CUNNINGHAM v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 78–438. McMASTERS ET AL. v. CHASE. C. A. 8th Cir. Certiorari denied.

No. 78–444. RONK ET AL. v. AHLERT ET UX. Sup. Ct. Ark. Certiorari denied.

No. 78–457. NIETERT ET AL. v. CITIZENS BANK & TRUST Co. Sup. Ct. Ark. Certiorari denied.

No. 78–459. ROSEE v. BOARD OF TRADE OF CHICAGO ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.